# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARY MINCH & JOSEPH MINCH, | : | No. 11 MAL 2020 |
| | : | |
| Petitioners | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KDG RENTAL INC. AND DANIEL ZOLA & | : | |
| DONNA ZOLA AND TIMOTHY WENNER & | : | |
| DEANNA WENNER, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.